# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RYAN PAVAO | ) | Case No. |
| | ) | 22-mj-8194-PGL |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 28, 2022  in the county of  Bristol  in the
District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) | Distribution of fentanyl |

This criminal complaint is based on these facts:

See Affidavit of FBI SA Peter Oronato, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

*Peter Oronato /by Paul G. Levenson*
Complainant's signature

FBI SA Peter Oronato
Printed name and title

Sworn to before me and signed in my presence.

Date: December 2, 2022

Judge's signature

City and state: Boston, Massachusetts

US Magistrate Judge Paul G. Levenson
Printed name and title